1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7    MICHAEL HARLESS, et al.,                    Case No.  17-cv-00813-EMC
8                        Plaintiffs,
9            v.                                   ORDER REMANDING CASE
10   CORDIS CORPORATION, et al.,
11                       Defendants.

12
13         For the reasons stated in this Court's September 23, 2016, Order in *Dunson v. Cordis*,
14   C16-3076-EMC, Docket No. 53, the Court hereby **REMANDS** this case to state court for lack of
15   subject matter jurisdiction.  The Clerk of the Court is directed to close this case.

16
17         **IT IS SO ORDERED**.

18
19   Dated: August 28, 2017

20                                               _____
21                                               EDWARD M. CHEN
                                                 United States District Judge
22
23
24
25
26
27
28